CHRISTOPHER K. KARIC (SBN 184765)
SELLAR HAZARD & LUCIA
201 North Civic Drive, Suite 145
Walnut Creek, CA 94596
Telephone: (925) 938-1430
Facsimile: (925) 256-7508
ckaric@sellarlaw.com

In association with:
Kirstin M. Jahn
Jahn & Associates, LLC
1942 Broadway Suite 314
Boulder, CO 80302
Telephone: (303) 545-5128
Kirstin@jahnlaw.com

Attorney for Defendants
KUDOS & CO., INC. and
OLE VIDAR HESTAAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **KUDOS, INC.**, an Alberta, Canada Corporation,<br><br>Plaintiff,<br>v.<br><br>**KUDOS&CO., INC**., a Delaware Corporation; **VIDAR HESTAAS**, **OLE,** an individual,<br><br>Defendants. | CASE NO. 3:18-cv-07143<br><br>**STIPULATION TO ADJOURN HEARING ON MOTION TO STRIKE, EXTEND DUE DATE FOR DEFENDANTS' RESPONSE TO MOTION TO STRIKE**<br><br>Judge William H. Orrick |

Plaintiff and Defendants, by and through their respective counsel, stipulate and agree:

1. The Court allow Defendants up through and including April 15, 2019 to file its Response to Plaintiff's Motion to Strike and Plaintiff have until April 25, 2019 to file its Reply (if any).

2. The Court reset the hearing on the Motion to Strike for May 22, 2019 at 2 p.m or another date set by the Court.

1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: March 12, 2019  **SELLAR HAZARD & LUCIA**

By: /s/Christopher Karic

Attorneys for Defendants

DATED: March 12, 2019

**KB ASH LAW GROUP P.C.**

By: /s/ Benjamin Ashurov

Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

The Defendants have up through and including April 15, 2019 to file a Response to the Motion to Strike and Plaintiff's Reply, if any will be due on or before April 25, 2019. The Motion to Strike reset to May 22, 2019 at 2:00 pm.

DATED: _____  _____
United States Judge

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all other signatories.

**SELLAR HAZARD & LUCIA**

By: /s/Christopher Karic
    Attorneys for Defendants