KB ASH LAW GROUP P.C.
BENJAMIN ASHUROV SBN 271716
bashurov@kb-ash.com
NEIL A. SMITH SBN 63777
nsmith@kb-ash.com
KYMBERLEIGH KORPUS SBN 217459
kkorpus@kb-ash.com
2603 Camino Ramon, Suite 200
San Ramon, CA 94582
Telephone:    415.754.9345
Facsimile:    415.952.9325

*Attorneys for Plaintiff*
KUDOS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **KUDOS, INC.**, an Alberta, Canada Corporation,<br>**Plaintiff,**<br><br>V.<br><br>**KUDOS&CO., INC.**, a Delaware Corporation; **VIDAR HESTAAS, OLE**, an individual,<br><br>**Defendants** | **CASE NO. 3:18-cv-7143-WHO**<br><br>**STIPULATION FOR ENTRY OF FINAL CONSENT DECREE AND PERMANENT INJUNCTION AGAINST DEFENDANTS KUDOS&CO., INC. AND OLE VIDAR HESTAAS**<br><br>The Hon. William H. Orrick |

Plaintiff Kudos, Inc. ("**Kudos**" or "**Plaintiff**") and defendants Kudos&Co., Inc. and Ole Vidar Hestaas (collectively, "**Defendants**") hereby stipulate to the terms of, and request entry by the Court of the Final Consent Decree and Permanent Injunction filed concurrently herewith.

Consented to and approved by:

**KUDOS, INC. (Plaintiff)**

By: _[signature]_
Name: MUNI BOGA
Title: CEO
Date: MAY 12, 2019

**KUDOS&CO., INC. (Defendant)**

By: _[signature]_
Name: OLE VIDAR HESTAAS
Title: CEO – CHAIRMAN
Date: MAY 12, 2019

**OLE VIDAR HESTAAS (Defendant)**

By: _[signature]_
Name: OLE VIDAR HESTAAS
Date: MAY 12, 2019

Dated: May 13, 2019

Respectfully submitted,

**KB ASH LAW GROUP P.C.**

By: /s/ Benjamin Ashurov
BENJAMIN ASHUROV
bashurov@kb-ash.com
NEIL A. SMITH
nsmith@kb-ash.com
KYMBERLEIGH KORPUS
kkorpus@kb-ash.com

*Attorneys for Plaintiff*
KUDOS, INC.

| | |
|---|---|
| KB ASH LAW GROUP P.C.<br>BENJAMIN ASHUROV SBN 271716<br>bashurov@kb-ash.com<br>NEIL A. SMITH SBN 63777<br>nsmith@kb-ash.com<br>KYMBERLEIGH KORPUS SBN 217459<br>kkorpus@kb-ash.com<br>2603 Camino Ramon, Suite 200<br>San Ramon, CA 94582<br>Telephone: 415.754.9345<br>Facsimile: 415.952.9325<br><br>*Attorneys for Plaintiff*<br>KUDOS, INC. | |

KB ASH LAW GROUP P.C.
BENJAMIN ASHUROV SBN 271716
bashurov@kb-ash.com
NEIL A. SMITH SBN 63777
nsmith@kb-ash.com
KYMBERLEIGH KORPUS SBN 217459
kkorpus@kb-ash.com
2603 Camino Ramon, Suite 200
San Ramon, CA 94582
Telephone:　　415.754.9345
Facsimile:　　415.952.9325

*Attorneys for Plaintiff*
KUDOS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **KUDOS, INC.**, an Alberta, Canada Corporation,<br><br>　　　　　　**Plaintiff,**<br>　　**V.**<br><br>**KUDOS&CO., INC.**, a Delaware Corporation; **VIDAR HESTAAS, OLE**, an individual,<br><br>　　　　　　**Defendants.** | **CASE NO. 3:18-cv-7143-WHO**<br><br>**FINAL CONSENT DECREE AND PERMANENT INJUNCTION AGAINST DEFENDANTS KUDOS&CO., INC. AND OLE VIDAR HESTAAS**<br><br>The Hon. William H. Orrick |

Plaintiff Kudos, Inc. ("**Kudos**" or "**Plaintiff**") and defendants Kudos&Co., Inc. and Ole Vidar Hestaas (collectively, "**Defendants**") consent and agree to the terms and conditions of this Final Consent Decree and Permanent Injunction.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 11121 and 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367, which arise out of the same nucleus of operative facts as the Federal law claims to which they are joined.

2. Plaintiff Kudos, Inc. is a corporation registered and existing pursuant to the laws of the Province of Alberta, Canada, with its principal place of business in Calgary, Alberta, Canada. Plaintiff conducts business in the State of California and in this District.

3. Defendant Kudos&Co., Inc. is a corporation registered and existing pursuant to the laws of the State of Delaware with its principal place of business in Palo Alto, California.

4. Defendant Ole Vidar Hestaas is an individual residing in Palo Alto, California.

5. Plaintiff has asserted claims against Defendants accusing them of federal trademark infringement pursuant to 15 U.S.C § 1114; false designation of origin or sponsorship and false advertising pursuant to 15 U.S.C § 1125(c); common law trademark infringement, California statutory unfair competition in violation of § 17200 *et. seq.*; and cybersquatting in violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), as shown in its Complaint filed on November 26, 2018. *See* Dkt. No. 1

6. Plaintiff owns the rights to the trademark and service mark KUDOS, which is valid and enforceable.

7. United States trademark registration for the mark KUDOS, Reg. No. 4,190,212, registered in Class 045 for "internet-based social networking services" is owned by Plaintiff and is valid and enforceable.

8. Without authorization from Plaintiff, Defendants have used the mark KUDOS to advertise, offer for sale, and distribute software products and services relating to internet-based social networking.

9. Use of the mark KUDOS in connection with social networking software products and services is likely to cause confusion, mistake, or deception in the marketplace with respect to Plaintiff's KUDOS mark.

10. Defendants shall cease and desist no later than August 20, 2019, all uses of the marks KUDOS, KUDO, any other KUDOS-inclusive marks, or any mark that is confusingly similar to KUDOS, including uses as part of any social media usernames or internet domain names.

11. After August 20, 2019, Defendants will not market, advertise, distribute, promote, or sell any product or service with the marks KUDOS, KUDO, any other KUDOS-inclusive mark, or any mark that is confusingly similar to KUDOS, including as part of any social media usernames or internet domain names.

12. Any and all counterclaims Defendants asserted against Plaintiff, or which could have been asserted against Plaintiff are hereby dismissed with prejudice.

13. Therefore, the Defendants and their respective corporate parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation who receive actual notice of this injunction by personal service or otherwise ("**Enjoined Parties**"), consent and agree, and are permanently enjoined as follows:

    a. After August 20, 2019, the Enjoined Parties shall not market, advertise, distribute, promote or sell any product or service with the marks KUDOS, KUDO, any other KUDOS-inclusive mark, or any mark that is confusingly similar to KUDOS, including as part of any social media usernames or internet domain names.

14. This Court shall retain jurisdiction of this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Final Consent Decree and Permanent Injunction.

15. The parties submit to the personal jurisdiction of this Court in connection with this

matter for all purposes, including for the purpose of enforcing the terms and provisions of this Final Consent Decree and Permanent Injunction.

16. Each party's consent hereto is made with the advice of counsel. Each party shall bear its own costs and attorneys' fees.

17. The parties have agreed to and will execute a separate confidential written settlement agreement consistent with the terms of this Final Consent Decree and Permanent Injunction.

18. This is a final decree. Defendants waived all right to appeal, and agree not to appeal this final decree.

**IT IS SO ORDERED**

Dated: May 20, 2019

_____
The Honorable William H. Orrick
United States District Judge